Howard H. Weller (HW-2745)
Jeffrey M. Movit (JM-6725)
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 509-3900 (P)
(212) 509-7239 (F)

Attorneys for Plaintiffs





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNIVERSAL-POLYGRAM INTERNATIONAL
PUBLISHING, INC., DUBOSE & DOROTHY
HEYWARD MEMORIAL FUND PUBLISHING,
GEORGE GERSHWIN MUSIC, IRA GERSHWIN
MUSIC AND KAY DUKE INGALLS D/B/A KAY
DUKE MUSIC,

                    Plaintiffs,

  -against-

EAST 26TH STREET AND PARK AVENUE
REALTY, LLC, IBRAHIM MERCHANT AND
JAN KALANDRA,

                      Defendants.

------------------------------------x

Civil Action
No.

### DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., et al. in the above captioned action, certifies that:

UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. is wholly owned by Universal Music Group, which in turn is wholly owned by Vivendi S.A., a publicly held foreign corporation

And

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC and KAY DUKE INGALLS D/B/A KAY DUKE MUSIC, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: New York, New York
October 27, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Howard H. Weller (HW-2745)
Jeffrey M. Movit (JM-6725)
12 East 49th Street, 30th Floor
New York, NY 10017
(212) 509-3900 (P)
(212) 509-7239 (F)

Attorneys for Plaintiffs

2

Universal-Polygram International Publishing, Inc., et al. v. East 26th Street and Park Avenue Realty, LLC, et al.

| Plaintiff | Address |
|---|---|
| UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC. | 2440 SEPULVEDA BLVD<br>SUITE 100<br>LOS ANGELES, CA 90064 |
| DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING | THATCHER PROFFITT & WOOD<br>2 WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 |
| GEORGE GERSHWIN MUSIC | C/O WB MUSIC CORP<br>10585 SANTA MONICA BLVD<br>LOS ANGELES, CA 90025 |
| IRA GERSHWIN MUSIC | IRA AND LEONORE GERSHWIN TRUST<br>101 NATOMA STREET<br>SAN FRANCISCO, CA 94105 |
| KAY DUKE INGALLS D/B/A KAY DUKE MUSIC | 308 GARCIA STREET<br>SANTA FE, NM 87501 |