UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC AND KAY DUKE INGALLS D/B/A KAY DUKE MUSIC,<br><br>        Plaintiffs,<br><br>   v.<br><br>EAST 26TH STREET AND PARK AVENUE REALTY, LLC, IBRAHIM MERCHANT AND JAN KALANDRA,<br><br>        Defendants. | CASE NO. 08-CV-9176 CM<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC AND KAY DUKE INGALLS D/B/A KAY DUKE MUSIC, by and through their counsel Mitchell Silberberg & Knupp LLP, hereby give notice that their claims in the above-captioned action as against Defendants EAST 26TH STREET AND PARK AVENUE REALTY, LLC, IBRAHIM MERCHANT and JAN KALANDRA are voluntarily dismissed with prejudice and without costs.

DATED: New York, New York  
January 9, 2009

MITCHELL SILBERBERG & KNUPP LLP

By:   /s/ Jeffrey M. Movit  
Howard H. Weller (HW 2745)  
hhw@msk.com  
Jeffrey M. Movit (JM 6725)  
jmm@msk.com  
12 East 49th Street, 30th Floor  
New York, New York 10017-1028  
Telephone: (212) 509-3900  
Facsimile: (212) 509-7239  
*Attorneys for Plaintiffs*